AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

State of Maine Department of Health and Human Services,
State of Maryland Department of Health and Mental
Hygiene, State of New Jersey Department of Human
Services, and State of Oklahoma Health Care Authority,

**SUMMONS IN A CIVIL CASE**

V.

United States Department of Health and Human
Services, and Michael O. Leavitt, Secretary of
the United States Department of Health and
Human Services

CASE

Case: 1:08-cv-00363
Assigned To : Kennedy, Henry H.
Assign. Date : 2/29/2008
Description: Admn. Agency review

TO: (Name and address of Defendant)

United States Department of Health and Human Services
200 Independence Ave SW
Washington, DC 20201

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Caroline M. Brown
COVINGTON & BURLING LLP
1201 Pennsylvania Ave NW
Washington, DC 20004-2401
(202) 662-6000

an answer to the complaint which is served on you with this summons, within _____60_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON            FEB 29 2008
CLERK                              DATE

_Maureen Higgins_
(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | March 6, 2008 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Joseph Zambuto, Jr. | Attorney |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify):  Certified Mail, Return Receipt Requested
                    (Green Card attached)

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | Postage - $6.28 | TOTAL $6.28 |
|---|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  3/12/08
             Date

Signature of Server

COVINGTON & BURLING LLP
1201 Pennsylvania Avenue, N.W.
Washington, DC  20004
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.



**U.S. Postal Service™ CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE
Joseph Zambuto, Esq.

| | |
|---|---|
| Postage | $ 1.40 |
| Certified Fee | 2.65 |
| Return Receipt Fee (Endorsement Required) | 2.15 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 6.28 |

Postmark Here — BEN FRANKLIN WASHINGTON DC USPS 2008

Sent To: U.S. Dept. of Health and Human Services
Street, Apt. No.; or PO Box No.: 200 Independence Avenue, S.W.
City, State, ZIP+4: Washington, DC 20201

Article Number: 7007 0220 0000 4079 7049

PS Form 3800, August 2006 — See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    United States Department of
    Health and Human Services
    200 Independence Avenue, S.W.
    Washington, DC 20201

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _[signature]_   ☐ Agent  ☐ Addressee

B. Received by (Printed Name): Virgil Weats
C. Date of Delivery: 03-06-08

D. Is delivery address different from item 1? ☐ Yes  ☒ No
If YES, enter delivery address below:

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7007 0220 0000 4079 7049

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540