AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

State of Maine Department of Health and Human Services, State of Maryland Department of Health and Mental Hygiene, State of New Jersey Department of Human Services, and State of Oklahoma Health Care Authority,

V.

United States Department of Health and Human Services, and Michael O. Leavitt, Secretary of the United States Department of Health and Human Services

**SUMMONS IN A CIVIL CASE**

CASE

Case: 1:08-cv-00363
Assigned To : Kennedy, Henry H.
Assign. Date : 2/29/2008
Description: Admn. Agency review

TO: (Name and address of Defendant)

Secretary Michael O. Leavitt
United States Department of Health and Human Services
200 Independence Ave SW
Washington, DC 20201

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Caroline M. Brown
COVINGTON & BURLING LLP
1201 Pennsylvania Ave NW
Washington, DC 20004-2401
(202) 662-6000

an answer to the complaint which is served on you with this summons, within __60__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                      FEB 2 9 2008
CLERK                                         DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | March 6, 2008 |
| NAME OF SERVER *(PRINT)* Joseph Zambuto, Jr. | TITLE Attorney |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): Certified Mail, Return Receipt Requested (Green Card attached)

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES Postage - $6.28 | TOTAL $6.28 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  3/12/08
            *Date*                *Signature of Server*

COVINGTON & BURLING LLP
1201 Pennsylvania Avenue, N.W.
Washington, DC  20004
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

