IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

KENTUCKY CABINET FOR HEALTH
AND FAMILY SERVICES,
DEPARTMENT OF MEDICAID
SERVICES, et al.,

    Plaintiffs,                                  Civil Action No. 01:08-00363(HHK)

v.

UNITED STATES DEPARTMENT OF
HEALTH AND HUMAN SERVICES and
MICHAEL O. LEAVITT, SECRETARY
OF HEALTH AND HUMAN SERVICES,

    Defendants.

## DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

Defendants, the United States Department of Health and Human Services and Michael O. Leavitt, Secretary of Health and Human Services, respectfully move for an extension of time to answer or otherwise respond to Plaintiffs' Complaint. In support of this motion, Defendants state as follows:

1.    This lawsuit was filed on February 29, 2008, by four plaintiffs – the Maine Department of Health and Human Services, the Maryland Department of Health and Mental Hygiene, the New Jersey Department of Human Services and the Oklahoma Health Care Authority.

2.    Defendants were served on March 6, 2008, which means that Defendants' response is currently due on May 5, 2008.

3. Plaintiffs filed a First Amended Complaint on April 16, 2008. This did not affect Defendants' answer date. See Fed. R. Civ. P 15(a)(3).

4. Plaintiffs have indicated that they will be moving for leave to file a Second Amended Complaint in the near future.

5. Defendants need additional time to prepare a response to Plaintiffs' First Amended Complaint (or Second Amended Complaint) and to compile the administrative record in this matter.

6. Defendants respectfully request an extension of time until May 30, 2008, to respond to the First Amended Complaint. Defendants will be filing an administrative record on that same date.

7. If Plaintiffs file a Second Amended Complaint before May 30, 2008, Defendants respectfully request that our response be due on May 30, 2008, or on the tenth business day after the Second Amended Complaint is filed, whichever is later.

8. Plaintiffs have indicated that they do not oppose this request.

For the reasons set forth above, Defendants respectfully request that the Court grant this unopposed motion for an extension of time. A proposed Order is attached.

Dated: May 2, 2008            Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEFFREY A. TAYLOR
U.S. Attorney for the District of Columbia

SHEILA M. LIEBER
Deputy Director, Federal Programs Branch

 /s/ John R. Griffiths
JOHN R. GRIFFITHS (D.C. Bar No. 449234)
Senior Trial Counsel
U.S. Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, D.C. 20044
Telephone:    (202) 514-4652
Fax:          (202) 616-8460

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

KENTUCKY CABINET FOR HEALTH
AND FAMILY SERVICES,
DEPARTMENT OF MEDICAID
SERVICES, et al.,

    Plaintiffs,

v.

UNITED STATES DEPARTMENT OF
HEALTH AND HUMAN SERVICES and
MICHAEL O. LEAVITT, SECRETARY
OF HEALTH AND HUMAN SERVICES,

    Defendants.

Civil Action No. 01:08-00363(HHK)

## ORDER

Upon consideration of Defendants' Unopposed Motion for Extension of Time to Respond to Complaint, it is hereby ORDERED that the motion is GRANTED. It is further ORDERED that Defendants shall answer or otherwise respond to the First Amended Complaint by May 30, 2008. If Plaintiffs file a Second Amended Complaint before May 30, 2008, then Defendants shall answer or otherwise respond to the Second Amended Complaint by May 30, 2008, or by the tenth business day after the Second Amended Complaint is filed, whichever is later.

IT IS SO ORDERED this _____ day of _____, 2008.

_____
HENRY H. KENNEDY, JR.
UNITED STATES DISTRICT JUDGE