# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Commonwealth of KENTUCKY CABINET FOR HEALTH AND FAMILY SERVICES, DEPARTMENT OF MEDICAID SERVICES, *et al.*, | )<br>)<br>)<br>)<br>) |
| *Plaintiffs*, | ) |
| v. | ) Case: 1:08-CV-00363 - HHK |
| UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al*.<br>200 Independence Avenue S.W.<br>Washington, D.C. 20201 | )<br>)<br>)<br>)<br>) |
| *Defendants*. | ) |

## NOTICE OF APPEARANCE
## OF LORIE A. MAYORGA

Pursuant to LCvR 83.6(a), please enter my appearance as Counsel for the State of Maryland Department of Health and Mental Hygiene in the above-captioned matter.

Respectfully submitted,

/s/
Lorie A. Mayorga, Bar No. 462068
Assistant Attorney General
Office of the Attorney General
300 W. Preston Street, Suite 302
Baltimore, MD  21201
(410) 767-1855
fax: (410) 333-5409
lmayorga@oag.state.md.us

DATED:  April 24, 2008.