IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| State of Maine Department of Health and Human Services et al., <br><br> *Plaintiffs,* <br><br> v. <br><br> United States Department of Health and Human Services et al., <br><br> *Defendants.* | **NOTICE OF WITHDRAWAL** <br><br> Case: 1:08-CV-00363 - HHK |

## NOTICE OF WITHDRAWAL OF APPEARANCE OF COVINGTON & BURLING LLP AS COUNSEL FOR PLAINTIFF MARYLAND DEPARTMENT OF HEALTH AND MENTAL HYGIENE

To the Clerk of this Court and all parties of record:

In accordance with Local Rule 83.6(a), Lorie A. Mayorga, Assistant Attorney General has entered an appearance as counsel for Plaintiff Maryland Department of Health and Mental Hygiene ("Maryland") by signing the First Amended Complaint. Pursuant to Local Rule 83.6(b), please withdraw the appearance of Covington & Burling LLP as counsel for Plaintiff Maryland.

_/s/ John G. Folkemer_
John G. Folkemer
Deputy Secretary
Health Care Financing
Maryland Department of Health
and Mental Hygiene
201 West Preston Street
Baltimore, Maryland 21201

DATED: April 25, 2008.

Respectfully submitted,
COVINGTON & BURLING LLP

_/s/_
Jay T. Smith (D.C. Bar No. 418559)
Caroline M. Brown (D.C. Bar No. 438432)
Joseph Zambuto, Jr. (D.C. Bar No. 484542)
COVINGTON & BURLING LLP
1201 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
(202) 662-5187 (telephone)
(202) 778-5187 (facsimile)