CLERK
US DISTRICT & BANKRUPTCY
COURTS
2008 JUN -2 PM 7:12
RECEIVED

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CALIFORNIA DEPARTMENT OF HEALTH CARE SERVICES, et al.,

Plaintiffs,

v.

Civil Action No. 01:08-00363(HHK)

UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES and MICHAEL O. LEAVITT, SECRETARY OF HEALTH AND HUMAN SERVICES,

Defendants.

**DEFENDANTS' NOTICE OF FILING:**
**ADMINISTRATIVE RECORD**

Defendants, the United States Department of Health and Human Services and Michael O. Leavitt, Secretary of Health and Human Services, hereby file the certified Administrative Record in this action. Because of its size (very close to 500 pages) and difficulty encountered in scanning certain pages, Defendants are filing the record in paper form.

Respectfully submitted,

GREGORY G. KATSAS
Acting Assistant Attorney General

JEFFREY A. TAYLOR
U.S. Attorney for the District of Columbia

SHEILA M. LIEBER
Deputy Director, Federal Programs Branch

JOHN R. GRIFFITHS
(D.C. Bar No. 449234)
Senior Trial Counsel
U.S. Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, D.C. 20044
Telephone: (202) 514-4652
Fax: (202) 616-8460
John.Griffiths@usdoj.gov

Attorneys for Defendants

OF COUNSEL:

THOMAS R. BARKER
Acting General Counsel

JANICE L. HOFFMAN
Associate General Counsel

MARK D. POLSTON
Deputy Associate General Counsel
for Litigation

ROBERT W. BALDERSTON
Attorney

United States Department of Health &
Human Services

Certificate of Service

I hereby certify that the foregoing Notice was sent to the following counsel on this date by electronic mail, and that the Administrative Record was sent to the following counsel on this date by Federal Express:

Joseph Zambuto, Jr.
Covington & Burling LLP
1201 Pennsylvania Avenue NW
Washington, D.C. 20004-2401

Date: June 2, 2008