**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CALIFORNIA DEPARTMENT OF HEALTH ) <br> CARE SERVICES ) <br> Capitol Avenue, MS 0011 ) <br> Sacramento, CA 95899-7413 ) <br> ) <br> ILLINOIS DEPARTMENT OF ) <br> HEALTHCARE AND FAMILY SERVICES ) <br> 201 South Grand Avenue East ) <br> Springfield, IL 62763-0001 ) <br> ) <br> KENTUCKY CABINET FOR ) <br> HEALTH AND FAMILY SERVICES, ) <br> DEPARTMENT OF MEDICAID SERVICES ) <br> 275 East Main Street ) <br> Frankfort, KY  40621 ) <br> ) <br> MAINE DEPARTMENT OF HEALTH ) <br> AND HUMAN SERVICES ) <br> 221 State Street ) <br> Augusta, ME 04333 ) <br> ) <br> MARYLAND DEPARTMENT OF ) <br> HEALTH AND MENTAL HYGIENE ) <br> 201 West Preston Street ) <br> Baltimore, Maryland  21201 ) <br> ) <br> NEW JERSEY DEPARTMENT OF ) <br> HUMAN SERVICES ) <br> 222 South Warren Street ) <br> Trenton, NJ 08625-0700 ) <br> ) <br> NEW YORK STATE DEPARTMENT ) <br> OF HEALTH ) <br> Corning Tower ) <br> Empire State Plaza ) <br> Albany, NY 12237 ) | PARTIES' JOINT <br> PROPOSED BRIEFING <br> SCHEDULE <br><br> Civ. No. 01:08-00363 (HHK) |

| | |
|---|---|
| OKLAHOMA HEALTH CARE AUTHORITY )<br>4545 N. Lincoln Blvd, Ste. 124 )<br>Oklahoma City, OK 73105 )<br>)<br>      -- and -- )<br>)<br>TENNESSEE BUREAU OF TENNCARE )<br>310 Great Circle Road )<br>Nashville, TN 37243 )<br>)<br>      *Plaintiffs*, )<br>)<br>   v. )<br>)<br>)<br>UNITED STATES DEPARTMENT OF HEALTH )<br>AND HUMAN SERVICES )<br>200 Independence Avenue S.W. )<br>Washington, D.C. 20201 )<br>)<br>      -and- )<br>)<br>MICHAEL O. LEAVITT, Secretary of the United )<br>States Department of Health and Human Services )<br>200 Independence Avenue S.W. )<br>Washington, D.C. 20201 )<br>)<br>      *Defendants*. ) | PARTIES' JOINT<br>PROPOSED BRIEFING<br>SCHEDULE<br>Civ. No. 01:08-00363 (HHK) |

      As an action for review on an administrative record, this case is exempt from the meet-and-confer requirements set forth in Local Civil Rule 16.3(c). The parties agree that the case can be resolved promptly through the filing of dispositive motions and jointly propose the following briefing schedule:

    1.    Defendants shall file a motion for summary judgment on Thursday, July 3, 2008 of no more than 45 pages in length;

    2.    Plaintiffs shall file an opposition and cross-motion for summary judgment on Thursday, July 17, 2008 of no more than 60 pages in length;

    3.    Defendants shall file a reply and opposition on Thursday, August 7, 2008 of no more than 45 pages in length; and

4. Plaintiffs shall file a reply on Thursday, August 21, 2008 of no more than 30 pages in length.

A proposed scheduling order is attached hereto.

Respectfully submitted,

| | |
|---|---|
| /s/ Joseph Zambuto, Jr.<br>Jay T. Smith (D.C. Bar No. 418559)<br>Caroline M. Brown (D.C. Bar No. 438432)<br>Joseph Zambuto, Jr. (D.C. Bar No. 484542)<br>COVINGTON & BURLING LLP<br>1201 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20004-2401<br>(202) 662-6000<br>*Attorneys for Illinois, Kentucky, Maine, New Jersey, New York, Oklahoma, and Tennessee* | GREGORY G. KATSAS<br>Assistant Attorney General<br>JEFFREY A. TAYLOR<br>United States Attorney for the District of Columbia<br>SHEILA M. LIEBER<br>Deputy Director, Federal Programs Branch<br>/s/ John R. Griffiths<br>JOHN R. GRIFFITHS<br>(D.C. Bar No. 449234)<br>Senior Trial Attorney<br>U.S. Department of Justice<br>Civil Division, Federal Programs Branch<br>Mailing Address<br>P.O. Box 883<br>Washington, D.C., 20044<br>Telephone: (202) 514-4652<br>Fax: (202) 616-8460<br>john.griffiths@usdoj.gov<br>Attorneys for Defendants |

- 4 -

| | |
|---|---|
| DOUGLAS F. GANSLER<br>Attorney General of Maryland<br><br>      /s/  Lorie A. Mayorga      <br>Lorie A. Mayorga, (D.C. Bar No. 462068)<br>Assistant Attorney General<br>300 West Preston Street, Room 302<br>Baltimore, Maryland 21201<br>(410) 767 1860<br>*Attorneys for the Maryland Department of Health and Mental Hygiene*<br><br><br><br>DATED: June 16, 2008 | EDMUND G. BROWN JR<br>Attorney General of the State of California<br><br>      /s/  Douglas M. Press      <br>DOUGLAS M. PRESS<br>Senior Assistant Attorney General<br>455 Golden Gate Avenue, Ste. 11000<br>San Francisco, CA 94102<br>(415) 703-5540<br> *Attorneys for the California Department of Health Care Services* |

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| CALIFORNIA DEPARTMENT OF HEALTH CARE SERVICES<br>Capitol Avenue, MS 0011<br>Sacramento, CA 95899-7413<br><br>ILLINOIS DEPARTMENT OF<br>HEALTHCARE AND FAMILY SERVICES<br>201 South Grand Avenue East<br>Springfield, IL 62763-0001<br><br>KENTUCKY CABINET FOR<br>HEALTH AND FAMILY SERVICES,<br>DEPARTMENT OF MEDICAID SERVICES<br>275 East Main Street<br>Frankfort, KY  40621<br><br>MAINE DEPARTMENT OF HEALTH<br>AND HUMAN SERVICES<br>221 State Street<br>Augusta, ME 04333<br><br>MARYLAND DEPARTMENT OF<br>HEALTH AND MENTAL HYGIENE<br>201 West Preston Street<br>Baltimore, Maryland  21201<br><br>NEW JERSEY DEPARTMENT OF<br>HUMAN SERVICES<br>222 South Warren Street<br>Trenton, NJ 08625-0700<br><br>NEW YORK STATE DEPARTMENT<br>OF HEALTH<br>Corning Tower<br>Empire State Plaza<br>Albany, NY 12237 | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | [PROPOSED]<br>SCHEDULING ORDER<br>Civ. No. 01:08-00363 (HHK) |

-2-

| | |
|---|---|
| OKLAHOMA HEALTH CARE )<br>AUTHORITY )<br>4545 N. Lincoln Blvd, Ste. 124 )<br>Oklahoma City, OK 73105 )<br> )<br> -- and -- )<br> )<br>TENNESSEE BUREAU OF TENNCARE )<br>310 Great Circle Road )<br>Nashville, TN 37243 )<br> )<br> *Plaintiffs*, )<br> )<br> v. )<br> )<br> )<br>UNITED STATES DEPARTMENT OF HEALTH )<br>AND HUMAN SERVICES )<br>200 Independence Avenue S.W. )<br>Washington, D.C. 20201 )<br> )<br> -and- )<br> )<br>MICHAEL O. LEAVITT, Secretary of the United )<br>States Department of Health and Human Services )<br>200 Independence Avenue S.W. )<br>Washington, D.C. 20201 )<br> )<br> *Defendants*. ) | [PROPOSED]<br>SCHEDULING ORDER<br>Civ. No. 01:08-00363 (HHK) |

Having considered the Parties' Joint Proposed Briefing Schedule, the parties shall adhere to the following briefing schedule, unless it is modified by the Court for its own convenience or on application of a party for good cause shown:

1. Defendants shall file a motion for summary judgment on Thursday, July 3, 2008 of no more than 45 pages in length;

2. Plaintiffs shall file an opposition and cross-motion for summary judgment on Thursday, July 17, 2008 of no more than 60 pages in length;

3. Defendants shall file a reply and opposition on Thursday, August 7, 2008 of no more than 45 pages in length; and

4. Plaintiffs shall file a reply on Thursday, August 21, 2008 of no more than 30 pages in length.

-3-

SO ORDERED on this ____ day of June, 2008.

                                                     _____
                                                   Henry H. Kennedy, Jr.
                                                   United States District Judge