| | |
|---|---|
| OKLAHOMA HEALTH CARE AUTHORITY<br>4545 N. Lincoln Blvd, Ste. 124<br>Oklahoma City, OK 73105<br><br>-- and --<br><br>TENNESSEE BUREAU OF TENNCARE<br>310 Great Circle Road<br>Nashville, TN 37243<br><br>               *Plaintiffs*,<br><br>v.<br><br><br>UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES<br>200 Independence Avenue S.W.<br>Washington, D.C. 20201<br><br>-and-<br><br>MICHAEL O. LEAVITT, Secretary of the United States Department of Health and Human Services<br>200 Independence Avenue S.W.<br>Washington, D.C. 20201<br><br>               *Defendants*. | FILED<br>JUN 2 0 2008<br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT<br><br><br><br>SCHEDULING ORDER<br>Civ. No. 01:08-00363 (HHK) |

Having considered the Parties' Joint Proposed Briefing Schedule, the parties shall adhere to the following briefing schedule, unless it is modified by the Court for its own convenience or on application of a party for good cause shown:

1. Defendants shall file a motion for summary judgment on Thursday, July 3, 2008 of no more than 45 pages in length;

2. Plaintiffs shall file an opposition and cross-motion for summary judgment on Thursday, July 17, 2008 of no more than 60 pages in length;

3. Defendants shall file a reply and opposition on Thursday, August 7, 2008 of no more than 45 pages in length; and

4. Plaintiffs shall file a reply on Thursday, August 21, 2008 of no more than 30 pages in length.

SO ORDERED on this __17th__ day of June, 2008.

                                                         */s/ Henry Kennedy, Jr.*
Henry H. Kennedy, Jr.
United States District Judge