IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CALIFORNIA DEPARTMENT OF
HEALTH CARE SERVICES, et al.,

    Plaintiffs,

v.                                                    Civil Action No. 01:08-00363(HHK)

UNITED STATES DEPARTMENT OF
HEALTH AND HUMAN SERVICES and
MICHAEL O. LEAVITT, SECRETARY
OF HEALTH AND HUMAN SERVICES,

    Defendants.

## JOINT MOTION TO STAY PROCEEDINGS

On June 26, 2008, Congress passed legislation imposing a partial moratorium on the regulations that are at issue in this case. The moratorium was included as part of a bill that, among other things, provides supplemental appropriations for the Department of Defense and other federal agencies. President Bush signed the legislation into law on June 30, 2008. See Pub. L. No. 110-252, 122 Stat. 2323, § 7001(a)(3) (2008) (relevant portions attached hereto as Ex. 1).

The parties need time to analyze this legislation and its impact on this litigation. Accordingly, the parties respectfully request that the current briefing schedule be withdrawn and that the entire case be stayed for approximately six weeks. At the end of this six-week period, the parties would inform the Court of how they wish to proceed. A proposed order is attached.

Respectfully submitted,

| | |
|---|---|
| /s/ Joseph Zambuto, Jr. | GREGORY G. KATSAS |
| Jay T. Smith (D.C. Bar No. 418559) | Acting Assistant Attorney General |
| Caroline M. Brown (D.C. Bar No. 438432) | |
| Joseph Zambuto, Jr. (D.C. Bar No. 484542) | JEFFREY A. TAYLOR |
| COVINGTON & BURLING LLP | U.S. Attorney for the District of Columbia |
| 1201 Pennsylvania Avenue, N.W. | |
| Washington, D.C. 20004-2401 | SHEILA M. LIEBER |
| (202) 662-6000 | Deputy Director, Federal Programs Branch |
| Attorneys for Illinois, Kentucky, Maine, New Jersey, New York, Oklahoma, and Tennessee | /s John R. Griffiths |
| | JOHN R. GRIFFITHS |
| | (D.C. Bar No. 449234) |
| DOUGLAS F. GANSLER | Senior Trial Counsel |
| Attorney General of Maryland | U.S. Department of Justice |
| /s/ Lorie A. Mayorga | Civil Division, Federal Programs Branch |
| Lorie A. Mayorga, (D.C. Bar No. 462068) | P.O. Box 883 |
| Assistant Attorney General | Washington, D.C. 20044 |
| 300 West Preston Street, Room 302 | Telephone:   (202) 514-4652 |
| Baltimore, Maryland 21201 | Fax:         (202) 616-8460 |
| (410) 767 1860 | John.Griffiths@usdoj.gov |
| Attorneys for the Maryland Department of Health and Mental Hygiene | |
| | Attorneys for Defendants |
| EDMUND G. BROWN JR | |
| Attorney General of the State of California | |
| /s/ Douglas M. Press | |
| DOUGLAS M. PRESS | |
| Senior Assistant Attorney General | |
| 455 Golden Gate Avenue, Ste. 11000 | |
| San Francisco, CA 94102 | |
| (415) 703-5540 | |
| Attorneys for the California Department of Health Care Services | |

# Exhibit 1

to Joint Motion to Stay Proceedings

<u>California Department of Health Care Services, et al. v. United States Department of Health and Human Services and Michael O. Leavitt, Secretary of Health and Human Services,</u>
Civil Action No. 01:08-00363(HHK)



PL 110-252, 2008 HR 2642 Slip Copy  Page 1
PL 110-252, June 30, 2008 Slip Copy
(Publication page references are not available for this document.)

**UNITED STATES PUBLIC LAWS**
**110th Congress - Second Session**
**Convening January 04, 2008**

Copr. © 2008 Thomson Reuters/West. No Claim to Orig. U.S. Govt.Works

**THIS DOCUMENT IS A SLIP COPY. FURTHER EDITORIAL ENHANCEMENTS TO BE ADDED (SEESCOPE)**
Additions and Deletions are not identified in this database.
Vetoed provisions within tabular material are not displayed

PL **110-252** (HR 2642)
June 30, 2008

122 STAT. 2323

An Act Making appropriations for military construction, the Department of Veterans Affairs, and related agencies for the fiscal year ending September 30, 2008, and for other purposes.

*Be it enacted by the Senate and House of Representatives of the United States of America in Congress assembled*, That the following sums are appropriated, out of any money in the Treasury not otherwise appropriated, for the fiscal year ending September 30, 2008, and for other purposes, namely:

TITLE I--MILITARY CONSTRUCTION, VETERANS AFFAIRS, INTERNATIONAL AFFAIRS, AND OTHER SECURITY-RELATED MATTERS
CHAPTER 1--AGRICULTURE
DEPARTMENT OF AGRICULTURE
Foreign Agricultural Service
PUBLIC LAW 480 TITLE II GRANTS

For an additional amount for "Public Law 480 Title II Grants", $850,000,000, to remain available until expended.

For an additional amount for "Public Law 480 Title II Grants", $395,000,000, to become available on October 1, 2008, and to remain available until expended.

© 2008 Thomson Reuters/West. No Claim to Orig. US Gov. Works.

PL 110-252, 2008 HR 2642 Slip Copy  
PL 110-252, June 30, 2008 Slip Copy  
(Publication page references are not available for this document.)

Page 86

"(II) $25,000,000 or more in annual gross revenues from Federal awards; and

"(ii) the public does not have access to information about the compensation of the senior executives of the entity through periodic reports filed under section 13(a) or 15(d) of the Securities Exchange Act of 1934 (15 U.S.C. 78m(a), 78o(d)) or section 6104 of the Internal Revenue Code of 1986.".

(b) REGULATIONS REQUIRED.--The Director of the Office of Management and Budget shall promulgate regulations to implement the amendment made by this chapter. Such regulations shall include a definition of "total compensation" that is consistent with regulations of the Securities and Exchange Commission at section 402 of part 229 of title 17 of the Code of Federal Regulations (or any subsequent regulation).

TITLE VII--MEDICAID PROVISIONS

SEC. 7001. (a) MORATORIA ON CERTAIN MEDICAID REGULATIONS

(1) EXTENSION OF CERTAIN MORATORIA IN PUBLIC LAW 110-28.--Section 7002(a)(1) of the U.S. Troop Readiness, Veterans' Care, Katrina Recovery, and Iraq Accountability Appropriations Act, 2007 (Public Law 110-28) is amended--

  (A) by striking "prior to the date that is 1 year after the date of enactment of this Act" and inserting "prior to April 1, 2009";

STAT.2388

  (B) in subparagraph (A), by inserting after "Federal Regulations)" the following: "or in the final regulation, relating to such parts, published on May 29, 2007 (72 Federal Register 29748) and determined by the United States District Court for the District of Columbia to have been 'improperly promulgated', *Alameda County Medical Center, et al., v. Leavitt, et al.*, Civil Action No. 08-0422, Mem. at 4 (D.D.C. May 23, 2008)"; and

  (C) in subparagraph (C), by inserting before the period at the end the following: ", including the proposed regulation published on May 23, 2007 (72 Federal Register 28930)".

© 2008 Thomson Reuters/West. No Claim to Orig. US Gov. Works.

PL 110-252, 2008 HR 2642 Slip Copy  Page 87
PL 110-252, June 30, 2008 Slip Copy
(Publication page references are not available for this document.)

(2) EXTENSION OF CERTAIN MORATORIA IN PUBLIC LAW 110-173.--Section 206 of the Medicare, Medicaid, and SCHIP Extension Act of 2007 (Public Law 110-173) is amended--

  (A) by striking "June 30, 2008" and inserting "April 1, 2009";

  (B) by inserting ", including the proposed regulation published on August 13, 2007 (72 Federal Register 45201)," after "rehabilitation services"; and

  (C) by inserting ", including the final regulation published on December 28, 2007 (72 Federal Register 73635)," after "school-based transportation".

 (3) ADDITIONAL MORATORIA.--

  (A) IN GENERAL.--Notwithstanding any other provision of law, the Secretary of Health and Human Services shall not, prior to April 1, 2009, take any action (through promulgation of regulation, issuance of regulatory guidance, use of Federal payment audit procedures, or other administrative action, policy, or practice, including a Medical Assistance Manual transmittal or letter to State Medicaid directors) to impose any restrictions relating to a provision described in subparagraph (B) or (C) if such restrictions are more restrictive in any aspect than those applied to the respective provision as of the date specified in subparagraph (D) for such provision.

  (B) PORTION OF INTERIM FINAL REGULATION RELATING TO MEDICAID TREATMENT OF OPTIONAL CASE MANAGEMENT SERVICES.--

    (i) IN GENERAL.--Subject to clause (ii), the provision described in this subparagraph is the interim final regulation relating to optional State plan case management services under the Medicaid program published on December 4, 2007 (72 Federal Register 68077) in its entirety.

    (ii) EXCEPTION.--The provision described in this subparagraph does not include the portion of such regulation as relates directly to implementing section 1915(g)(2)(A)(ii) of the Social Security Act, as amended by section 6052 of the Deficit Reduction Act of 2005 (Public Law 109-171), through the definition of case management services and targeted case management services contained in proposed section 440.169 of title 42, Code of Federal Regulations, but only to the extent that such portion is not more restrictive than the policies set forth in the Dear State Medicaid Director letter on case management issued on January 19, 2001 STAT.2389(SMDL #01- 013), and with respect to community transition case management, the Dear State Medicaid Director letter issued on July 25, 2000 (Olmstead Update 3).

© 2008 Thomson Reuters/West. No Claim to Orig. US Gov. Works.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CALIFORNIA DEPARTMENT OF
HEALTH CARE SERVICES, et al.,

    Plaintiffs,

v.

UNITED STATES DEPARTMENT OF
HEALTH AND HUMAN SERVICES and
MICHAEL O. LEAVITT, SECRETARY
OF HEALTH AND HUMAN SERVICES,

    Defendants.

Civil Action No. 01:08-00363(HHK)

**ORDER**

Upon consideration of the parties' Joint Motion for Stay of Proceedings, it is hereby

ORDERED:

(1)    that the Scheduling Order entered by the Court on June 20, 2008, is hereby superseded;

(2)    that all proceedings in this case are stayed until August 15, 2008; and

(3)    that, on or before August 15, 2008, the parties shall file a status report and proposal regarding any further proceedings in this case.

IT IS SO ORDERED this _____ day of _____, 2008.

_____
HENRY H. KENNEDY, JR.
UNITED STATES DISTRICT JUDGE