IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CALIFORNIA DEPARTMENT OF HEALTH CARE SERVICES, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES and MICHAEL O. LEAVITT, SECRETARY OF HEALTH AND HUMAN SERVICES, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. 01:08-00363(HHK) |

**JOINT STATUS REPORT AND MOTION FOR FURTHER STAY OF PROCEEDINGS**

On July 3, 2008, the Court granted the parties' Joint Motion to Stay Proceedings in this matter until August 15, 2008. The parties requested that stay in light of legislation that was signed into law on June 30, 2008. Among other things, the law imposes a partial moratorium on the regulations that are at issue in this case.

After further discussions, the parties have determined that they need additional time to review this new law and its impact on the subject regulations and the litigation. Accordingly, the parties respectfully request that the Court order a further stay of all proceedings in this matter until December 12, 2008. At the end of this period, the parties would inform the Court of how they wish to proceed. A proposed order is attached.

Respectfully submitted,

| | |
|---|---|
| /s/ Joseph Zambuto, Jr. | GREGORY G. KATSAS |
| Jay T. Smith (D.C. Bar No. 418559) | Assistant Attorney General |
| Caroline M. Brown (D.C. Bar No. 438432) | |
| Joseph Zambuto, Jr. (D.C. Bar No. 484542) | JEFFREY A. TAYLOR |
| COVINGTON & BURLING LLP | U.S. Attorney for the District of Columbia |
| 1201 Pennsylvania Avenue, N.W. | |
| Washington, D.C. 20004-2401 | SHEILA M. LIEBER |
| (202) 662-6000 | Deputy Director, Federal Programs Branch |
| Attorneys for Illinois, Kentucky, Maine, New Jersey, New York, Oklahoma, and Tennessee | /s John R. Griffiths |
| | JOHN R. GRIFFITHS |
| | (D.C. Bar No. 449234) |
| DOUGLAS F. GANSLER | Senior Trial Counsel |
| Attorney General of Maryland | U.S. Department of Justice |
| /s/ Lorie A. Mayorga | Civil Division, Federal Programs Branch |
| Lorie A. Mayorga, (D.C. Bar No. 462068) | P.O. Box 883 |
| Assistant Attorney General | Washington, D.C. 20044 |
| 300 West Preston Street, Room 302 | Telephone: (202) 514-4652 |
| Baltimore, Maryland 21201 | Fax: (202) 616-8460 |
| (410) 767 1860 | John.Griffiths@usdoj.gov |
| Attorneys for the Maryland Department of Health and Mental Hygiene | |
| | Attorneys for Defendants |

EDMUND G. BROWN JR
Attorney General of the State of California
/s/ Douglas M. Press
DOUGLAS M. PRESS
Senior Assistant Attorney General
455 Golden Gate Avenue, Ste. 11000
San Francisco, CA 94102
(415) 703-5540
Attorneys for the California Department of Health Care Services

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CALIFORNIA DEPARTMENT OF<br>HEALTH CARE SERVICES, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF<br>HEALTH AND HUMAN SERVICES and<br>MICHAEL O. LEAVITT, SECRETARY<br>OF HEALTH AND HUMAN SERVICES,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 01:08-00363(HHK)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**<u>ORDER</u>**

Upon consideration of the parties' Joint Status Report and Motion for Further Stay of Proceedings, it is hereby ORDERED:

(1)  that all proceedings in this case are stayed until December 12, 2008; and

(2)  that, on or before December 12, 2008, the parties shall file a status report and proposal regarding any further proceedings in this case.

IT IS SO ORDERED this _____ day of _____, 2008.

_____
HENRY H. KENNEDY, JR.
UNITED STATES DISTRICT JUDGE