IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
AUG 14 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

CALIFORNIA DEPARTMENT OF )
HEALTH CARE SERVICES, et al., )
)
    Plaintiffs, )
)
v. )
) Civil Action No. 01:08-00363(HHK)
UNITED STATES DEPARTMENT OF )
HEALTH AND HUMAN SERVICES and )
MICHAEL O. LEAVITT, SECRETARY )
OF HEALTH AND HUMAN SERVICES, )
)
    Defendants. )

## ORDER

Upon consideration of the parties' Joint Status Report and Motion for Further Stay of Proceedings, it is hereby ORDERED:

(1)    that all proceedings in this case are stayed until December 12, 2008; and

(2)    that, on or before December 12, 2008, the parties shall file a status report and proposal regarding any further proceedings in this case.

IT IS SO ORDERED this 14th day of August, 2008.

HENRY H. KENNEDY, JR.
UNITED STATES DISTRICT JUDGE